# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET BEAUCHEMIN, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>ALBERT L. GIBBONEY, an individual, and CLUB 215, INC., a California corporation,<br><br>     Defendants. | Case No.: 11-CV-02641-GW-FMOx<br><br>[Hon. George H. Wu]<br><br>**ORDER PERMITTING ADDITIONAL TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Date Filed:          March 29, 2011<br>Current Deadline:    July 7, 2011<br>Proposed Deadline:   Sept. 1, 2011<br>Trial Date:          TBD |

Based upon the "Stipulation Permitting Additional Time To File Motion For Class Certification" ("Stipulation") between the parties, and for good cause shown, **IT IS ORDERED** as follows:

1. The Stipulation of the parties is **APPROVED**; and

2. Accordingly, the Plaintiff shall be allowed to file her motion for class certification on or before September 1, 2011.

**IT IS SO ORDERED.**

Dated: June 15, 2011

_____
HONORABLE GEORGE H. WU
United States District Judge